| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUN 28 2021 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

NORTH RIVER INSURANCE COMPANY,

    Plaintiff-Appellee,

v.

H.K. CONSTRUCTION CORPORATION,

    Defendant-Appellant.

No. 20-16207

D.C. No. 1:19-cv-00199-DKW-KJM
District of Hawaii, Honolulu

ORDER

The court is of the unanimous opinion that the facts and legal argument are adequately presented in the briefs and record, and the decisional process would not be significantly aided by oral argument. Therefore, this matter is ordered submitted on the briefs and record without oral argument on Friday, July 9, 2021, in Honolulu, Hawaii. Fed. R. App. P. 34(a)(2)(C).

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Allison Fung
Deputy Clerk
Ninth Circuit Rule 27-7