UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 04 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NORTH RIVER INSURANCE COMPANY,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>H.K. CONSTRUCTION CORPORATION,<br><br>　　　　Defendant - Appellant. | No. 20-16207<br><br>D.C. No. 1:19-cv-00199-DKW-KJM<br>U.S. District Court for Hawaii, Honolulu<br><br>**MANDATE** |

The judgment of this Court, entered July 13, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　By: David J. Vignol
　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　Ninth Circuit Rule 27-7